# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERARD STEVEN DAVIS,** : | |
| : | Civil No. 1:20-CV-1716 |
| Petitioner : | |
| : | |
| v. : | |
| : | (M. J. Carlson) |
| **LAUREL HARRY,** : | |
| : | |
| Respondent : | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that this case be transferred to the United States District Court for the Eastern District of North Carolina for further proceedings.

So ordered this 23d day of September 2020.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge